UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| E.N.M, <br><br> Plaintiff, <br><br> v. <br><br> Kristi Noem, Secretary of the United States Department of Homeland Security; Kika Scott, Senior Official Performing the Duties of Director of United States Citizenship and Immigration Services; Danielle Lehman, Director of the San Francisco Asylum Office, <br><br> Defendants. | Civil Action No. 2:25-civ-00912-JHC <br><br><br> ORDER |

Before the Court is Plaintiff's Motion to Proceed Under Pseudonym and For Protective Order. Dkt. # 5. The motion is unopposed. Dkt. # 8. The Court GRANTS the motion for the reasons stated therein. The case will proceed under Plaintiff's pseudonym and Defendants must keep her identity confidential in all filings and public proceedings.

DATED this 10th day of June, 2025.

_____
John H. Chun
United States District Judge