UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.N.M., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*,[1] <br><br> Defendants. | Case No. 2:25-cv-00912-JHC <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> July 18, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until December 4, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on July 22, 2025. The parties are currently working towards a resolution to this litigation.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for August 6, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until December 4, 2025. The parties will submit a status update on or before December 4, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE & ORDER
[Case No. 2:25-cv-00912- JHC] - 2

DATED this 18th day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | HEADINGS IMMIGRATION LAW, PLLC |
| *s/ Kayla C. Stahman*<br>KAYLA C. STAHMAN, CA #228931<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:     206-553-4067<br>Email:  kayla.stahman@usdoj.gov | *s/ Emily Headings*<br>EMILY HEADINGS WSBA #33106<br>Headings Immigration Law, PLLC<br>4444 Woodland Park Ave. N, B101<br>Seattle, Washington 98103<br>Phone: 206-637-8398<br>Email: emily@headingslaw.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 384 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is held in abeyance until December 4, 2025.  The parties shall submit a status update on or before December 4, 2025.  It is so **ORDERED**.

DATED this 18th day of July, 2025.

                                           _____
                                           JOHN H. CHUN
                                           United States District Judge