UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

E.N.M.,

                Plaintiff,

      v.

KRISTI NOEM, *et al.*,[1]

                Defendants.

Case No. 2:25-cv-00912-JHC

STIPULATED DISMISSAL ORDER

Noted for Consideration:
December 11, 2025

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Petition for Application for Asylum for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou.

STIPULATED DISMISSAL
[Case No. 2:25-cv-00912- JHC] - 1

1

DATED this 11th day of December, 2025.

2

Respectfully submitted,

3

CHARLES NEAL FLOYD                      HEADINGS IMMIGRATION LAW, PLLC
United States Attorney

4

*s/ Kayla C. Stahman*                          *s/ Emily Headings*

5

KAYLA C. STAHMAN, CA #228931        EMILY HEADINGS WSBA #33106
Assistant United States Attorney            Headings Immigration Law, PLLC

6

United States Attorney's Office              4444 Woodland Park Ave. N, B101
700 Stewart Street, Suite 5220              Seattle, Washington 98103

7

Seattle, Washington 98101-1271           Phone: 206-637-8398
Phone: 206-553-7970                          Email: emily@headingslaw.com

8

Fax:    206-553-4067                           *Attorney for Plaintiff*
Email: kayla.stahman@usdoj.gov

9

*Attorneys for Defendants*

10

*I certify that this memorandum contains 101*

11

*words, in compliance with the Local Civil*
*Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

1

## ORDER

2          The Plaintiff's I-589 has been adjudicated and this case is now moot and can be dismissed.

3    It is so **ORDERED**.

4

5          DATED this 11th day of December, 2025.

6

7

8          _John H. Chun_____

9          JOHN H. CHUN
           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24